UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| EDGAR MORALES YANEZ,<br>      Petitioner,<br>    v.<br>TIMOTHY E. BUSBY, Warden,<br>      Respondent. | Case No. SACV 10-00830 JVS (AN)<br><br>JUDGMENT |

IT IS HEREBY ADJUDGED that this action is dismissed with prejudice for the reasons set forth in the Magistrate Judge's Report and Recommendation.

Dated: January 18, 2011

_____
JAMES V. SELNA
UNITED STATES DISTRICT JUDGE